## RECONSIDERATION DOCKET

**95–1792.   State ex rel. Colliver v. Indus. Comm.**
Franklin App. No. 94APD05–684.   Reported at 84 Ohio St.3d 476, 705 N.E.2d 349.   On motion for reconsideration and on motion to strike.   Motions denied.

**97–1111.   State v. Stojetz.**
Madison C.P. No. 96CR10086.   Reported at 84 Ohio St.3d 452, 705 N.E.2d 329.   On motion for reconsideration.   Motion denied.

**97–2387.   Schindler Elevator Corp. v. Tracy.**
Board of Tax Appeals, No. 96–S–1753.   Reported at 84 Ohio St.3d 496, 705 N.E.2d 672.   On motion for reconsideration.   Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–2462.   United Tel. Co. of Ohio v. Tracy.**
Board of Tax Appeals, Nos. 91–Z–197, 91–Z–198 and 91–Z–199.   Reported at 84 Ohio St.3d 506, 705 N.E.2d 679.   On motion for reconsideration and/or motion for clarification.   Motions denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–2517.   State ex rel. Fryerson v. Tate.**
Belmont App. No. 97BA38.   Reported at 84 Ohio St.3d 481, 705 N.E.2d 353.   On motion for reconsideration.   Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**97–2520.   Stein, Inc. v. Tracy.**
Board of Tax Appeals, No. 92–T–1388.   Reported at 84 Ohio St.3d 501, 705 N.E.2d 676.   On motion for reconsideration.   Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–2300.   Nwankpa v. Hines.**
Franklin App. No. 98AP–147.   Reported at 84 Ohio St.3d 1501, 705 N.E.2d 1242.   On motion for reconsideration.   Motion denied.

**98–2349.   State v. Schoonover.**
Adams App. No. 97CA647.   Reported at 84 Ohio St.3d 1501, 705 N.E.2d 1242.   On motion for reconsideration.   Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**98–2499.   T. Carroll Ent., Inc. v. Hammitt.**
Lucas App. No. L–98–1113.   Reported at 85 Ohio St.3d 1405, 706 N.E.2d 788.   On motion for reconsideration.   Motion denied.
RESNICK, J., not participating.

**98–2506.   Kinney v. Ohiogro, Inc.**
Delaware App. No. 98CAE03017.   Reported at 85 Ohio St.3d 1405, 706 N.E.2d 788.   On motion for reconsideration.   Motion denied.
F.E. SWEENEY, J., dissents.

**98–2565.   McBroom v. Bob–Boyd Lincoln Mercury, Inc.**
Franklin App. Nos. 98AP–229 and 98AP–230.   Reported at 85 Ohio St.3d 1406, 706 N.E.2d 788.   On motion for reconsideration.   Motion denied.

**98–2583.   Whiting v. Aerni.**
Cuyahoga App. No. 73323.   Reported at 85 Ohio St.3d 1407, 706 N.E.2d 788.   On motion for reconsideration.   Motion denied.
PFEIFER, J., dissents.